UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYSOL BARRAGAN,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No.  1:21-cv-00895-JLT-BAM<br><br>**ORDER DIRECTING CLERK TO AMEND CAPTION** |

Plaintiff brought this action against Defendants Shane William Witte, the Department of the Army, and the United States of America. (Doc. 1.) On November 24, 2021, Defendant United States of America was substituted as defendant for the Department of the Army. (Doc. 18.) On February 1, 2022, Defendant United States was also substituted as defendant for Shane William Witte. (Doc. 25.) Following the substitutions, the United States is the only remaining Defendant. Accordingly, the Clerk of the Court is directed to amend the caption in this matter to reflect the United States of America as the sole defendant.

IT IS SO ORDERED.

   Dated:   **March 24, 2022**               /s/ Barbara A. McAuliffe            _
                                             UNITED STATES MAGISTRATE JUDGE

1